IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 14-00027-CR-BP-4 |
| ALICIA L. PAIGE, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant's Motion for Determination of Competency. (Doc. 74.) Magistrate Judge John T. Maughmer has recommended that Defendant be found competent to understand the nature and consequence of the proceedings against her and to assist properly in her defense. (Doc. 93.) Defendant does not object.

After an independent and careful review, the Court **ADOPTS** Judge Maughmers' Report and Recommendation, (Doc. 93), and finds Defendant competent.

**IT IS SO ORDERED.**

/s/Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE:     4/14/2015